

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-15-00805-CR

Edward James **DWYER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14568
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to August 10, 2016. **No further extensions will be granted.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court